170TH ST. CAFETERIA, INC., and Another, Respondents, v. NEDICK'S STORES, INC., Appellant.— This is an appeal from a judgment restraining defendant from selling or offering for sale all kinds of food and drink, and from conducting a "self-service restaurant," at 60 East One Hundred and Seventieth street, in the county

of Bronx. Judgment unanimously affirmed, with costs. No opinion. Present — McAvoy, Townley, Untermyer and Cohn, JJ.